UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CITY SIGNAL FIBER SERVICES, INC.   Case No.: GG 02-00539-*018B*
                                   Chapter 7            *thru 027B*
Debtor(s)                                          *and 001A*
_____/                   *thru 009A*

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 4,238.30  represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. 347(a).  I have checked the current matrix of creditors on file with the clerk of the court and find no change of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No(s). | Amount of Dividend |
|---|---|---|
| INDUSTRIAL LIFT<br>P.O. BOX 2507<br>VINCENTOWN, NJ 08088-2507 | 8 | $ 12.12 *018B* |
| J.L. WARREN<br>3301 BALLARD AVENUE<br>PORTSMOUTH, VA 23701 | 20 | $ 25.34 *001A* |
| CITIBANK USA NA<br>P.O. BOX 8501<br>SAN MARCOS, TX 78667-8501 | 41,42,67,197,200 | $ 67.86 *002A* |
| KENNEY & ASSOCIATES, INC.<br>6028 PLANK RD<br>FREDERICKSBURG, VA 22407 | 43 | $ 95.26 *003A* |
| ASSOCIATES CAPITAL BANK<br>P.O. BOX 8501<br>SAN MARCOS, TX 78667-8501 | 52 | $ 14.41 *019B* |
| BROCK TOOL & SUPPLY<br>1200 66TH ST<br>BALTIMORE, MD 21237 | 56 | $ 11.05 *020B* |
| INTERLINK CONSTRUCTION CORP.<br>9550 SOUTH RT. 31<br>ALGONQUIN, IL 60102 | 62 | $ 130.34 *004A* |
| MARK A. BADGER<br>650 PHILLIP RD<br>FORT PLAIN, NY 13339 | 85 | $ 161.94 *005A* |

| Creditor | Claim # | Amount | |
|---|---|---|---|
| GREGWARE EQUIPMENT COMPANY<br>C/O ARTHUR R MCWILLIAMS JR<br>1842 R W BERENDS DR SW<br>WYOMING, MI 49509 | 102 | $ 22.75 | 021B |
| OCOEE GEORGIA WEST<br>P.O. BOX 1079<br>CLEVELAND, TN 37369 | 111 | $ 33.62 | 006A |
| AMBD INC.<br>7680 UNIVERSAL BLVD STE 380<br>ORLANDO, FL 32819 | 113 | $ 1,547.44 | 007A |
| PRECISION CERTIPRO WAREHOUSE<br>4200 A TECHNOLOGY COURT<br>CHANTILLY, VA 20151 | 154 | $ 6.26 | 022B |
| PREMIER BUSINESS SYSTEMS<br>107 S MAIN ST<br>OLD FORGE, PA 16518 | 160 | $ 7.27 | 023B |
| COMSTAR SUPPLY INC.<br>P.O. BOX 1245<br>560 NORTH WALES RD.<br>NORTH WALES, PA 19454-3801 | 174 | $ 1,923.88 | 008A |
| GLOVER A. SMITH<br>1919 CORNER ROAD<br>POWDER SPRINGS, GA 30127 | 176 | $ 120.01 | 009A |
| STERK DISPOSAL INC.<br>431 100TH SW<br>P.O. BOX 221<br>MOLINE, MI 49335 | 177 | $ 5.62 | 024B |
| LABORATORY CORPORATION OF AMERICA<br>PERKINS LAW GROUP<br>108 ESPLANADE, STE 310<br>LEXINGTON, KY 40507 | 189 | $ 20.00 | 025B |
| TSC STORES (TRACTOR SUPPLY)<br>320 PLUS PARK BLVD<br>P.O. BOX 17916<br>NASHVILLE, TN 37217-9857 | 191 | $ 9.49 | 026B |
| DAIMLERCHRYSLER SERVICES<br>NORTH AMERICA LLC<br>TRUSTEE PAYMENT DEPARTMENT<br>#100301<br>P.O. BOX 5146<br>SOUTHFIELD, MI 48096-5146 | 209,210 | $ 23.64 | 027B |

DATE: 3-12-09          TRUSTEE: *Thomas Bruinsma*
                                 Thomas A. Bruinsma

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 235767    — DR

March 13, 2009
14:16:16

**UNCLAIMED FUNDS**
**02-00539**

Debtor.: CITY SIGNAL FIBER SERVICES, IN
Judge..: James D. Gregg
Trustee: THOMAS BRUINSMA
Amount.:              $4,238.30 CH
Check#.: 269

Total—>   $4,238.30

FROM: THOMAS A BRUINSMA